**Exhibit A to the Complaint**

**Location:** Roseville, CA  **IP Address:** 73.192.163.54
**Total Works Infringed:** 67  **ISP:** Comcast Cable

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | A557EDF2332885E53217D1CE69239C6C4FDCEBD1 | Vixen | 07/13/2018 00:23:59 | 06/28/2018 | 07/26/2018 | PA0002112159 |
| 2 | 005F68E32C85041A13A7F8F17E771403D061FE95 | Vixen | 10/15/2017 16:52:19 | 10/11/2017 | 10/19/2017 | PA0002090452 |
| 3 | 01B8C563D27BC967C2ECCC1EB54F98FF1B10ED3B | Vixen | 12/02/2017 04:42:47 | 11/30/2017 | 01/04/2018 | PA0002097470 |
| 4 | 03DB55C5EA03E840CEFAFD48D35CB4CAFFBF424C | Vixen | 07/18/2017 21:35:03 | 07/18/2017 | 08/10/2017 | PA0002046875 |
| 5 | 07D621EEA74765FC0981567F5C7C895B053E76C3 | Vixen | 06/15/2017 14:12:06 | 06/03/2017 | 07/07/2017 | PA0002070834 |
| 6 | 0A3E86F43E405FFCF5D8BEC8634253DEE6CA63DB | Blacked Raw | 01/12/2018 22:45:26 | 01/12/2018 | 01/23/2018 | PA0002101755 |
| 7 | 1107E7EB779285617620C4C2EA293192E40667D7 | Vixen | 06/12/2018 23:09:37 | 06/08/2018 | 06/30/2018 | 16761912458 |
| 8 | 18135D88BEC36E1612EAF5C52538872EC4CE5E7B | Vixen | 06/15/2017 13:58:28 | 05/29/2017 | 06/22/2017 | PA0002039292 |
| 9 | 1BC8C1ADCAA75C3EC9408C8CCBF5147863205E6C | Tushy | 09/04/2017 14:51:57 | 09/03/2017 | 09/15/2017 | PA0002052851 |
| 10 | 1C2C06D480942F4FE7FDCED4759E93805E02B54B | Tushy | 06/21/2017 21:01:31 | 05/21/2017 | 06/22/2017 | PA0002039282 |
| 11 | 1D7E521CD7368013A7F1B28494A2AC43D8F99F0E | Vixen | 09/02/2017 19:36:51 | 09/01/2017 | 09/15/2017 | PA0002052845 |
| 12 | 1E79012EA790BB16A1AA00268C5E8C5898F28C57 | Vixen | 06/22/2018 01:00:20 | 06/18/2018 | 06/30/2018 | 16758569382 |
| 13 | 1ED7894C730F91D284F9451A87ECDC8F5187BF50 | Blacked Raw | 05/14/2018 13:56:32 | 05/12/2018 | 05/24/2018 | PA0002101380 |
| 14 | 230CAD0925ECCA9175FBB1450E92B9CCAD2CCD55 | Vixen | 05/23/2017 01:32:10 | 05/19/2017 | 06/22/2017 | PA0002039287 |
| 15 | 291FC55794180ADF29F0D14237CA2773ECBBC317 | Blacked Raw | 12/29/2017 00:44:15 | 12/28/2017 | 01/24/2018 | PA0002101763 |
| 16 | 3004DD6FDD9097700B92FF546BB3F9C6F2D40153 | Vixen | 08/26/2017 01:51:27 | 08/22/2017 | 09/15/2017 | PA0002052852 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 17 | 39AD5B58AA96023EF698F66ACF5820C5B35250DA | Vixen | 02/14/2018 04:26:50 | 02/03/2018 | 02/20/2018 | PA0002104152 |
| 18 | 3AC0B4588DEC6DA1CAA61C3A0A365F2E96818863 | Blacked | 01/08/2018 22:56:45 | 07/04/2017 | 07/07/2017 | PA0002070819 |
| 19 | 3AF67ADE722E77AF5C23A9FB165F53CADB24E1AC | Blacked Raw | 11/29/2017 04:16:55 | 11/28/2017 | 01/04/2018 | PA0002097446 |
| 20 | 4781DC5F0E61DC0565DFF8107F93F621CADAEDEE | Vixen | 04/01/2018 19:35:36 | 03/30/2018 | 04/07/2018 | 16490992551 |
| 21 | 48FC851FEDE158FA68466F2C2EC15D57A24CE18A | Blacked Raw | 06/22/2018 23:55:14 | 06/21/2018 | 07/26/2018 | PA0002112156 |
| 22 | 4CB998506766F8F138B2C5042D4A5355D70B229D | Blacked Raw | 11/05/2017 22:17:25 | 10/24/2017 | 11/30/2017 | PA0002098011 |
| 23 | 4FBB2DAE667D46DDB9DA2ABC4CF931953CC20ABC | Blacked | 06/04/2018 23:48:24 | 06/04/2018 | 07/09/2018 | PA0002109329 |
| 24 | 53FAB44D9EA232A2B542382A56DE473F582EC8F4 | Blacked | 11/07/2017 23:10:41 | 11/01/2017 | 11/27/2017 | PA0002098034 |
| 25 | 5B1F17D1471204648826D120F6E497D42524C839 | Vixen | 05/08/2018 03:21:31 | 05/04/2018 | 05/19/2018 | 16665915546 |
| 26 | 5C208E2ABF6083135CA52776A02D87442F215D60 | Tushy | 06/18/2017 15:32:34 | 06/15/2017 | 07/07/2017 | PA0002070815 |
| 27 | 623D4B76B7DEFED0C91EDD5FE108D7E986691273 | Blacked Raw | 07/09/2018 02:29:03 | 07/06/2018 | 07/26/2018 | PA0002112158 |
| 28 | 6437E6F43855D1C98B7B25546D39C5CF0E99962A | Blacked | 09/04/2017 14:53:55 | 09/02/2017 | 09/15/2017 | PA0002052847 |
| 29 | 644084486AFE2ACBDB5E91339ABA611C568466C3 | Vixen | 06/15/2017 14:03:33 | 06/13/2017 | 07/07/2017 | PA0002070830 |
| 30 | 65CF8DA2D031F334F39B20014B15DA107B9EAA15 | Blacked | 02/14/2018 23:21:32 | 08/08/2017 | 08/18/2017 | PA0002077679 |
| 31 | 67D95FCED9B00C108A63588568A4B4CC34737EE5 | Blacked | 07/11/2018 02:48:45 | 07/09/2018 | 07/15/2018 | 16822147171 |
| 32 | 698177E2B9D81FCDCC41C55002A0CDB5DE9C3670 | Vixen | 12/27/2017 23:49:39 | 12/15/2017 | 01/24/2018 | PA0002101764 |
| 33 | 69AC2D8751ABF0FED5C443A1CE77A7C7529B7AC9 | Vixen | 05/15/2017 04:47:34 | 05/09/2017 | 06/22/2017 | PA0002039298 |
| 34 | 6C38232F41EA64DAA5575DD592D16021BEEE98A2 | Blacked | 05/31/2018 00:09:32 | 05/24/2018 | 06/30/2018 | 16761900432 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 35 | 6F40858134C792F01CB22381138BED1B1039DFAE | Blacked Raw | 06/12/2018 23:45:16 | 06/11/2018 | 07/09/2018 | PA0002109330 |
| 36 | 7062CE085ADAEB4C8A9C3356920797FC31D15602 | Blacked | 04/30/2018 22:31:39 | 04/30/2018 | 05/24/2018 | PA0002101364 |
| 37 | 73F33BDDD94B5889A8E8758E88B3D09B30F3525E | Blacked Raw | 05/08/2018 02:46:20 | 05/07/2018 | 05/19/2018 | 16665915253 |
| 38 | 755B2FD63DC787C4B07EC1D3461F59E10EC33404 | Vixen | 04/29/2018 19:47:05 | 04/19/2018 | 05/19/2018 | 16665888134 |
| 39 | 806EDC665F428C22EAF1354B760B5D6625944474 | Vixen | 01/02/2018 13:56:43 | 12/30/2017 | 01/15/2018 | PA0002070944 |
| 40 | 83E5CC90978D29577233ED709F7716D44CA1DC25 | Blacked | 04/11/2018 22:49:13 | 04/10/2018 | 05/23/2018 | PA0002101304 |
| 41 | 84C01FA0E5D76CA23530990E9E685C47C10169FC | Blacked | 08/21/2017 00:51:16 | 08/18/2017 | 10/10/2017 | PA0002086146 |
| 42 | 86441CC132531275ADC5F894C2663FFBF17AD3D7 | Blacked Raw | 01/17/2018 22:48:39 | 01/17/2018 | 01/24/2018 | PA0002101760 |
| 43 | 8B6E2266DC9380666C32264DCE23B023C085BD5D | Vixen | 07/04/2018 02:28:03 | 07/03/2018 | 07/26/2018 | PA0002112153 |
| 44 | 8DDCFA369F95979A841651E7296132A1545568AD | Blacked | 01/12/2018 23:07:37 | 11/11/2017 | 11/27/2017 | PA0002098000 |
| 45 | 963232B05435B68AAF26F8CA9D942BB02B953191 | Blacked Raw | 11/14/2017 22:56:21 | 11/13/2017 | 11/30/2017 | PA0002098039 |
| 46 | 9FBD8AB62AFA8BDE0194F6289D7423CDFA989E4E | Vixen | 06/02/2018 00:23:58 | 05/24/2018 | 06/30/2018 | 16755462372 |
| 47 | A342244F2E0287F7EB6E897441849848F8A7D7A5 | Vixen | 06/21/2017 20:45:24 | 06/18/2017 | 07/07/2017 | PA0002070833 |
| 48 | AC224610B7D83952E98AC57F52F7F6F5B6543665 | Blacked | 07/30/2017 04:36:10 | 07/29/2017 | 08/11/2017 | PA0002046872 |
| 49 | AE6A89DD0FB4978EAC561028F9FB06AA0A8D7E6A | Tushy | 05/05/2017 19:44:00 | 05/01/2017 | 06/15/2017 | PA0002037577 |
| 50 | B2749CF736B2B9C9F225CE6C55D853EBF21294C4 | Blacked Raw | 02/07/2018 23:28:44 | 02/06/2018 | 02/20/2018 | PA0002104186 |
| 51 | B7F9B4455C8C085B75BD0E4E23AA26317B2DE1FB | Vixen | 01/26/2018 23:20:56 | 01/24/2018 | 03/02/2018 | PA0002104759 |
| 52 | B8B5E999A94962328D350DA0E80A1725B23D450D | Blacked Raw | 12/25/2017 07:55:57 | 12/23/2017 | 01/15/2018 | PA0002099706 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 53 | B98A2EFDFC677CCF736F05EE299CFFE744B0C694 | Blacked Raw | 06/02/2018 00:14:35 | 06/01/2018 | 06/30/2018 | 16758501522 |
| 54 | BC8ACAF0DC42FB3CEEDEB0DC51C20206FDBB20E4 | Blacked Raw | 07/11/2018 23:41:20 | 07/11/2018 | 07/19/2018 | 16822264644 |
| 55 | C4D962D93D3A28A8A1E03974E4AB29F4BF9E8331 | Vixen | 06/15/2017 14:06:36 | 06/08/2017 | 07/07/2017 | PA0002070832 |
| 56 | C6A1BFC8E6A06324D0570107BDE676316E8F8911 | Vixen | 03/22/2018 02:10:08 | 03/15/2018 | 04/07/2018 | 16490992332 |
| 57 | C709CAD4CC258CFF435DEB9662C4B7DF0C2C15A6 | Blacked | 12/27/2017 22:56:24 | 12/26/2017 | 01/24/2018 | PA0002101758 |
| 58 | C8EFA09EF1CAEC72B25969BB84371884337D26B7 | Vixen | 08/07/2017 13:58:40 | 07/13/2017 | 08/10/2017 | PA0002046873 |
| 59 | CABF015B1A9451DA46608A41F08A0C2EE053EB7D | Blacked | 07/12/2017 00:27:58 | 07/09/2017 | 08/17/2017 | PA0002077662 |
| 60 | CFEBC9AE50CD5776401B39FF5FF280EB18AED998 | Vixen | 05/17/2018 00:41:48 | 05/14/2018 | 05/19/2018 | 16665915595 |
| 61 | D03BF7C43A2F989CD84F9B6037D4941B7C616ED0 | Blacked | 06/15/2017 14:51:54 | 06/14/2017 | 07/07/2017 | PA0002070824 |
| 62 | D0BB360420E57FE725E43E8A0001D26CEABF17CC | Blacked Raw | 01/23/2018 22:55:53 | 01/22/2018 | 02/20/2018 | PA0002104185 |
| 63 | DE00285CDC5F2F3A2D02D98133147476F144C14D | Vixen | 07/11/2018 02:36:05 | 07/08/2018 | 07/26/2018 | PA0002112152 |
| 64 | E13DF1C4B0B6D03FB52E1B5B4A384F331B4EA5C1 | Blacked | 06/12/2017 00:38:16 | 06/09/2017 | 07/07/2017 | PA0002070825 |
| 65 | E2E738A023ED0C5032A028D5D3AC7DB55D80DDC7 | Vixen | 11/23/2017 02:10:55 | 11/20/2017 | 01/04/2018 | PA0002069354 |
| 66 | E4FA6F6310C5461AAE5D2DC4A45FA4D9AC45D9F6 | Blacked | 04/09/2018 05:40:36 | 04/05/2018 | 04/07/2018 | 16490992430 |
| 67 | FD44EDB24CBD0DBFDF7E9F7D0E6A3B4451EDE702 | Vixen | 09/27/2017 03:12:19 | 09/21/2017 | 10/10/2017 | PA0002086168 |