UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IN RE STRIKE 3 HOLDINGS, LLC, CASES | Case Nos. | 2:18-cv-00997-MCE-GGH <br> 2:18-cv-02188-JAM-KJN <br> 2:18-cv-02189-TLN-CKD <br> 2:18-cv-02190-KJM-DB <br> 2:18-cv-02201-TLN-KJN <br> 2:18-cv-02202-WBS-EFB <br> 2:18-cv-02203-KJM-KJN <br> 2:18-cv-02204-WBS-KJN <br> 2:18-cv-02205-JAM-EFB <br> 2:18-cv-02206-JAM-EFB <br> 2:18-cv-02207-KJM-DB <br> 2:18-cv-02208-WBS-KJN <br> 2:18-cv-02209-KJM-KJN <br> 2:18-cv-02582-JAM-CKD <br> 2:18-cv-02584-KJM-KJN <br> 2:18-cv-02585-TLN-AC <br> 2:18-cv-02636-TLN-AC <br> 2:18-cv-02637-TLN-DB <br> 2:18-cv-02638-KJM-CKD <br> 2:18-cv-02639-TLN-KJN <br> 2:18-cv-02640-JAM-EFB <br> 2:18-cv-02641-WBS-AC <br> 2:18-cv-02642-WBS-KJN <br> 1:18-cv-01075-DAD-BAM <br> 1:18-cv-01076-DAD-SKO <br> 1:18-cv-01080-LJO-SAB <br> 1:18-cv-01081-DAD-SAB <br> 1:18-cv-01088-LJO-BAM <br> 1:18-cv-01089-DAD-SKO <br> 1:18-cv-01098-LJO-JLT <br> 1:18-cv-01294-DAD-SAB <br> 1:18-cv-01298-AWI-JLT <br> 1:18-cv-01300-DAD-SKO <br> 1:18-cv-01303-DAD-EPG <br> 1:18-cv-01304-LJO-SKO |

|   |   |
|---|---|
| 1 | Review of the above-captioned actions reveals they are all related under this |
| 2 | Court's Local Rule 123.  The listed actions involve the same or similar parties, |
| 3 | properties, claims, events, and/or questions of fact or law.  Accordingly, assignment of |
| 4 | the actions to the same district judge and magistrate judge will promote convenience, |
| 5 | efficiency, and economy for the Court and parties.  An order relating cases under this |
| 6 | Court's Local Rule 123 merely assigns them to the same district judge and magistrate |
| 7 | judge, and no consolidation of cases is effected. |
| 8 | On the basis of good cause, this Court ORDERS that the above-captioned actions |
| 9 | are reassigned to U.S. District Judge Morrison C. England, Jr., and U.S. Magistrate |
| 10 | Judge Gregory G. Hollows with a new number to be assigned by the clerk. |
| 11 | All future filings shall denote the reassignment to U.S. District Judge England and U.S. |
| 12 | Magistrate Judge Hollows by replacing the trailing initials on each case number with: |
| 13 | MCE-GGH. |
| 14 | |
| 15 | IT IS SO ORDERED. |
| 16 | Dated:  October 4, 2018 |

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE