Lincoln D. Bandlow, Esq. (CA #170449)
Fox Rothschild LLP
Constellation Place
10250 Constellation Blvd., Suite 900
Los Angeles, CA 90067
Tel.: (310) 598-4150
Fax: (310) 556-9828
lbandlow@foxrothschild.com

*Attorneys for Plaintiff*
*Strike 3 Holdings, LLC*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>              Plaintiff,<br><br>vs.<br><br>JOHN DOE subscriber assigned IP address 73.192.163.54,<br><br>              Defendant. | Case No.: 2:18-cv-02205-MCE-CKD<br><br>District Judge Morrison C. England, Jr<br><br>**PLAINTIFF'S VOLUNTARY DISMISSAL WITH PREJUDICE OF JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 73.192.163.54** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings, LLC hereby gives notice that its claims in this action against Defendant John Doe subscriber assigned IP address 73.192.163.54 are voluntarily dismissed with prejudice.

Dated:  January 18, 2019                              Respectfully submitted,


                                                                          By: /s/ *Lincoln D. Bandlow*
                                                                          Lincoln D. Bandlow, Esq.
                                                                          FOX ROTHSCHILD LLP
                                                                          *Attorney for Plaintiff*
                                                                          *Strike 3 Holdings, LLC*